IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02175-AP

WILLIAM REX DINGMAN,

    Plaintiff,

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.    APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Ann J. Atkinson<br>7960 South Ireland Way<br>Aurora, CO 80016<br>303-680-1881<br>AtkinsonAJ@aol.com | TROY A. EID<br>United States Attorney<br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov<br><br>Debra J. Meachum<br>Special Assistant United States Attorney<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado 80294<br>(303) 844-1570<br>(303) 844-0770 (facsimile)<br>debra.meachum@ssa.gov |

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    **A. Date Complaint Was Filed:** October 8, 2008
    **B. Date Complaint Was Served on U.S. Attorney's Office:** October 23, 2008
    **C. Date Answer and Administrative Record Were Filed:** December 15, 2008.

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

Plaintiff states that the record appears to be complete.
To the best of his knowledge, Defendant states that the record is complete and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7. OTHER MATTERS**

The parties state that there are no other matters.

**8. BRIEFING SCHEDULE**
(Because of workload, Defendant's attorney requests that a response brief be due more than 30 days after filing of the opening brief)

    **A. Plaintiffs Opening Brief Due:** 2/15/09
    **B. Defendant's Response Brief Due:** 3/20/09
    **C. Plaintiffs Reply Brief (If Any) Due:** 4/6/09

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    **A. Plaintiffs Statement:** Plaintiff does not request oral argument.
    **B. Defendant's Statement:** Defendant does not request oral argument

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 5th day of January, 2009.

BY THE COURT:

*S/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

| For Plaintiff: | For Defendant: |
|---|---|
| s/ Ann J. Atkinson | TROY A. EID<br>United States Attorney |
| Ann J. Atkinson<br>7960 South Ireland Way<br>Aurora, CO 80016<br>303-680-1881<br>AtkinsonAJ@aol.com | KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br>Kevin.Traskos@usdoj.gov |
| | s/ Debra J. Meachum<br>Debra J. Meachum<br>Special Assistant U.S. Attorney<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado 80294<br>(303) 844-1570<br>debra.meachum@ssa.gov |