IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-2175-AP**

**WILLIAM REX DINGMAN,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

       Defendant's Unopposed Motion to Correct Response Brief (doc. #10), filed April 2, 2009, is GRANTED. Defendant shall file a corrected brief on April 3, 2009. Reply brief remains due on April 6, 2009 absent any request from plaintiff for additional time.

Dated: April 3, 2009