**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-02175-PAB

WILLIAM REX DINGMAN,

        Plaintiff,

     v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.
_____

**ORDER APPROVING STIPULATED MOTION FOR AWARD OF ATTORNEY FEES**
_____

     This matter is before the Court on the parties' stipulated motion for award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412(d). The Court has reviewed the parties' stipulated motion and approves the parties' stipulation for fees.

     Accordingly, it is

     **ORDERED** that defendant shall pay $4,000.00 to Plaintiff for attorney fees pursuant to the EAJA.  It is further

     **ORDERED** that payment shall be made payable to plaintiff and delivered to plaintiff's counsel.  It is further

     **ORDERED** that payment of $4,000.00 shall constitute a complete release from and bar to any claims plaintiff may have relating to EAJA fees or costs in this case.  It is further

**ORDERED** that this award is without prejudice to the right of Plaintiff's counsel to seek attorney fees pursuant to section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA.

DATED January 10, 2011.

BY THE COURT:

 s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge